IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV91

| | |
|---|---|
| JOYCE RIGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DAYCO PRODUCTS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the Defendants' motions for admission *pro hac vice* of Anthony R. Comden, John W. Allen, Joseph J. Vogan, and David E. Khorey, to appear as counsel in this matter, filed May 4, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motions are **ALLOWED**, and Anthony R. Comden, John W. Allen, Joseph J. Vogan, and David E. Khorey are hereby granted special admission to the bar of this Court, payment of the admission fee for each attorney having been received by the Clerk of this Court.

**Signed: May 9, 2005**

Lacy H. Thornburg
United States District Judge