# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CIVIL NO. 1:05CV91

| | |
|---|---|
| **JOYCE RIGGS,** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **DAYCO PRODUCTS, INC.,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court upon the Plaintiffs' motions for admission *pro hac vice* of Robert Alexander, Julia Penny Clark, and Maryann Parker, to appear as counsel in this matter, filed May 23, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motions are **ALLOWED**, and Robert Alexander, Julia Penny Clark, and Maryann Parker are hereby granted special admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**Signed: May 24, 2005**

Lacy H. Thornburg
United States District Judge