# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:05CV91

| | |
|---|---|
| JOYCE RIGGS, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DAYCO PRODUCTS, INC., *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' responses to the Court's Order of June 17, 2005.

The Court required the parties to advise whether "it is possible to reinstate insurance for members of the class as to whom coverage has been terminated." **Memorandum and Order, filed June 17, 2005, at 15.** Defendants responded that "no members of the class have had their coverage terminated for failure to pay any premium amount ... and thus there is no need to explore the possibility of reinstatement insurance for any class member." **Defendants' Statement Regarding Reinstatement of Insurance, filed July 1, 2005.** However, the Court's directive was not intended to have such a literal meaning. There are class members who have been forced to drop their insurance due to the increase in premiums and the Court's Order was meant to include those members. The Court will therefore reiterate its prior directive.

**IT IS, THEREFORE, ORDERED** that on or before 15 days after entry of this Order, the Defendants shall advise the Court in writing whether it is possible to reinstate insurance for members of the class, and their spouses or dependants, as to whom coverage has been terminated whether due to nonpayment of premiums or by the cancelling of coverage.

**Signed: July 12, 2005**

Lacy H. Thornburg
United States District Judge