UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

AT ASHEVILLE

JOYCE RIGGS, et al.,

        Plaintiff/Appellee,

vs.                               No. 05-1811
                                  1:05cv91

DAYCO PRODUCTS, INC., et al.,

        Defendant/Appellant.

**ORDER OF RETENTION OF THE RECORD
PURSUANT TO RULE 11(e) OF THE
FEDERAL RULES OF APPELLATE PROCEDURE**

The record of the above-styled case is required in the District Court for use pending the appeal. It is hereby ORDERED that the Clerk of the District Court shall retain the record subject to the request of the Court of Appeals and shall transmit a copy of this order and a certified copy of the docket entries in lieu of the entire record. The Clerk shall transmit certified copies of designated parts of the record at the request of the Court of Appeals.

                                                        UNITED STATES DISTRICT JUDGE

DATE: 8-4-05