**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO. 1:05CV91**

| | |
|---|---|
| **JOYCE RIGGS,** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **Vs.** ) | **O R D E R** |
| ) | |
| **DAYCO PRODUCTS, INC.,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' responses to the Court's inquiry as to the feasibility of staying this matter pending the Defendants' appeal of the Order granting a preliminary injunction.

The Court finds that the interests of justice do not warrant staying this litigation pending appeal.

**IT IS, THEREFORE, ORDERED** that this matter shall not be stayed pending the appeal of the Defendants.

The Clerk of Court is instructed to schedule a pretrial conference before the undersigned.

**Signed: September 12, 2005**

Lacy H. Thornburg
United States District Judge