IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV91

| | |
|---|---|
| JOYCE RIGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DAYCO PRODUCTS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the Plaintiffs' motion for admission *pro hac vice* of Dora V. Chen, to appear as counsel in this matter, filed November 29, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and Dora V. Chen is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of Court.

**Signed: December 6, 2005**

Lacy H. Thornburg
United States District Judge