**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:05CV91**

| | |
|---|---|
| **JOYCE RIGGS,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **DAYCO PRODUCTS, LLC,** *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court upon the Defendants' motion for admission *pro hac vice* of Elizabeth Wells Skaggs, to appear as counsel in this matter, filed December 21, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendants' motion is **ALLOWED**, and Elizabeth Wells Skaggs is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk.

**Signed: December 28, 2005**

*[signature]*

Lacy H. Thornburg
United States District Judge