# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO. 1:05CV91

| | |
|---|---|
| JOYCE RIGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DAYCO PRODUCTS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiffs' motion for a protective order to prevent the Defendants from taking the deposition of Stuart Wohl.

**IT IS, THEREFORE, ORDERED** that the scheduled deposition of Stuart Wohl is hereby **STAYED** pending receipt of the Defendants' response to the Plaintiffs' motion. Such response should be limited to five pages, double spaced.

Signed: February 16, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge