**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:05CV91**

| | |
|---|---|
| JOYCE RIGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | <u>O R D E R</u> |
| ) | |
| DAYCO PRODUCTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon Plaintiffs' motion for admission *pro hac vice* of Todd E. Edelman, to appear as counsel in this matter, filed March 17, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and Todd E. Edelman is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk.

Signed: March 20, 2006

Lacy H. Thornburg
United States District Judge