IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CIVIL NO. 1:05CV91**

| | |
|---|---|
| JOYCE RIGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DAYCO PRODUCTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* to correct an error in the Order entered on March 24, 2006.

That Order refers to the response to the motion for summary judgment as being due on May 4, 2006; the correct response date is **April 5, 2006**.

**IT IS, THEREFORE, ORDERED** that the Order is hereby corrected accordingly.

Signed: March 29, 2006

Lacy H. Thornburg
United States District Judge