# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV91

| | |
|---|---|
| JOYCE RIGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DAYCO PRODUCTS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Plaintiffs' motion for leave to file updated enrollment information to supplement the record in connection with the Defendants' motions for summary judgment and to vacate or modify the preliminary injunction. The Defendants oppose the Plaintiffs' motion and have filed a response in that regard.

After consideration of the motion and response thereto, the Court will grant Plaintiff's motion. In ruling on the Defendants' summary judgment motion, the Court will consider whether tendered additional evidence is admissible.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion for leave to file updated enrollment information to supplement the record is **ALLOWED**.

**IT IS FURTHER ORDERED** that during the period the Court has the pending motions under advisement, no further filings shall be made by either party absent permission from the Court.

Signed: May 3, 2006

Lacy H. Thornburg
United States District Judge