# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV91

| | |
|---|---|
| JOYCE RIGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DAYCO PRODUCTS, INC., *et al.*,) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the July 2006 term.

The Court has under advisement the Defendants' motion for summary judgment. In addition, the Court has reopened discovery in the case of *Trull v. Dayco*, which discovery has direct bearing on the fiduciary issue here. Because the Court has suspended its consideration of the summary judgment motion until the 30-day discovery period concludes in *Trull*, no ruling will be made until after the July 2006 trial term concludes.

**IT IS, THEREFORE, ORDERED** that this matter is hereby continued from the July 2006 trial term.

2

Signed: May 23, 2006

Lacy H. Thornburg
United States District Judge