# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV91

| | |
|---|---|
| JOYCE RIGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| DAYCO PRODUCTS, INC., *et al.*,) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the September 2006 term.

The Defendants' motion for summary judgment is under advisement by the Court. It is unlikely that the Court will complete its review of the issues involved therein in sufficient time to afford the parties adequate time to prepare for trial for the September 2006 term. Therefore, the trial will be continued to the November 2006 term.

**IT IS, THEREFORE, ORDERED** that this matter is hereby continued from the September 2006 term.

2

Signed: August 11, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge