IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JERRY TRULL, *et. al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DAYCO PRODUCTS, LLC., *et. al.*, )<br>)<br>Defendants. )<br>_____) | Civil Case No. 1:02cv243 |
| JOYCE RIGGS, *et. al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DAYCO PRODUCTS, LLC., *et. al.*, )<br>)<br>Defendants. )<br>_____) | Civil Case No. 1:05cv91 |

**THIS MATTER** is before the Court on the request of the Clerk of Court of the United States District Court for the Western District of North Carolina to exonerate the injunction bonds entered in these matters.

On April 9, 2007, by Final Judgment and Order of Dismissal [Doc. 139], Hon. Lacy H. Thornburg vacated the preliminary injunctions entered in these matters. [Doc. 139, at 3]. The vacatur of the injunctions renders moot the bonds filed in these matters, that is, Injunction Bond #08678305 [Doc. 178], filed on August 10, 2004 in Civil Case No. 1:02cv243 and Injunction Bond #08664169 [Doc. 19], filed on May 24, 2005 in Civil Case No. 1:05cv91.

**IT IS, THEREFORE, ORDERED** that the bonds referenced in this Order are hereby exonerated and the Clerk of Court shall write across the face of each of the original bonds that each has been exonerated, shall scan such writing into the record, and shall return the original bonds along with a copy of this Order to the appropriate attorneys.

Signed: April 13, 2010

Martin Reidinger
United States District Judge